UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

VAZHA GABADADZE, a/k/a "Natan Yusupov,"
KAKHA KATSADZE,
TEIMURAZ TAVBERIDZE, a/k/a "Tava," and
DAVIT TIKARADZE, a/k/a "Dato,"

Defendants.

**SEALED INDICTMENT**

23 Cr.

**23 CRIM 585**

The Grand Jury charges:

## OVERVIEW

1. At all times relevant to this Indictment, VAZHA GABADADZE, a/k/a "Natan Yusupov," the defendant, was a leader within an organized criminal group. GABADADZE held the title of "*vor v zakone*" or "*vor*," which are Russian phrases translated roughly as "Thief-in-Law" or "Thief," and which refer to an order of elite criminals from the former Soviet Union who receive tribute from other criminals, offer protection, and use their recognized status as "*vor*" to adjudicate disputes among lower-level criminals. As part of the organized criminal group, GABADADZE and his associates KAKHA KATSADZE, TEIMURAZ TAVBERIDZE, a/k/a "Tava," and DAVIT TIKARADZE, a/k/a "Dato," the defendants, committed extortion.

## STATUTORY ALLEGATIONS

### COUNT ONE
(Conspiracy to Commit Hobbs Act Extortion)

From at least in or about September 2022 up to at least in or about August 2023, in the Southern District of New York and elsewhere, VAZHA GABADADZE, a/k/a "Natan Yusupov," KAKHA KATSADZE, TEIMURAZ TAVBERIDZE, a/k/a "Tava," and DAVIT TIKARADZE,

a/k/a "Dato," the defendants, and others known and unknown, knowingly combined, conspired, confederated, and agreed together and with each other to commit extortion, as that term is defined in Title 18, United States Code, Section 1951(b)(2), and would and did thereby obstruct, delay, and affect commerce and the movement of articles and commodities in commerce, as that term is defined in Title 18, United States Code, Section 1951(b)(3), to wit, GABADADZE, KATSADZE, TAVBERIDZE, and TIKARADZE conspired to induce a victim to make monetary payments through the use of threatened force and fear.

(Title 18, United States Code, Section 1951.)

## COUNT TWO
### (Hobbs Act Extortion)

The Grand Jury further charges:

2. From at least in or about September 2022 up to at least in or about August 2023, in the Southern District of New York and elsewhere, VAZHA GABADADZE, a/k/a "Natan Yusupov," KAKHA KATSADZE, TEIMURAZ TAVBERIDZE, a/k/a "Tava," and DAVIT TIKARADZE, a/k/a "Dato," the defendants, knowingly committed extortion, as that term is defined in Title 18, United States Code, Section 1951(b)(2), and thereby obstructed, delayed, and affected commerce and the movement of articles and commodities in commerce, as that term is defined in Title 18, United States Code, Section 1951(b)(3), and aided and abetted the same, to wit, GABADADZE, KATSADZE, TAVBERIDZE, and TIKARADZE induced a victim to make monetary payments through the use of threatened force and fear.

(Title 18, United States Code, Sections 1951 and 2.)

## FORFEITURE ALLEGATION

3. As a result of committing the offenses alleged in Counts One and Two of this Indictment, VAZHA GABADADZE, a/k/a "Natan Yusupov," KAKHA KATSADZE,

TEIMURAZ TAVBERIDZE, a/k/a "Tava," and DAVIT TIKARADZE, a/k/a "Dato," the defendants, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28 United States Code, Section 2461(c), any and all property, real and personal, that constitutes or is derived from proceeds traceable to the commission of said offenses, including but not limited to a sum of money in United States currency representing the amount of proceeds traceable to the commission of said offenses.

### SUBSTITUTE ASSETS PROVISION

4.   If any of the above described forfeitable property, as a result of any act or omission of the defendants:

    a.   cannot be located upon the exercise of due diligence;

    b.   has been transferred or sold to, or deposited with, a third person;

    c.   has been placed beyond the jurisdiction of the Court;

    d.   has been substantially diminished in value; or

    e.   has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p) and Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of the defendants up to the value of the above forfeitable property.

(Title 18, United States Code, Section 981;
Title 21, United States Code, Section 853; and
Title 28, United States Code, Section 2461.)

FOREPERSON
11/8/23

DAMIAN WILLIAMS /AM/AC
United States Attorney

3